NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LUGUS IP LLC,**

*Plaintiff-Appellant*

**v.**

**VOLVO CAR CORPORATION, VOLVO CARS OF NORTH AMERICA LLC,**

*Defendants-Appellees*

---

2014-1743

---

Appeal from the United States District Court for the District of New Jersey in No. 1:12-cv-02906-JEI-JS, Judge Joseph E. Irenas.

---

**JUDGMENT**

---

JOHN ROBERT FUISZ, The Fuisz-Kundu Group LLP, Washington, DC, argued for plaintiff-appellant. Also represented by SUDIP KUMAR KUNDU.

MATTHEW J. MOORE, Latham & Watkins LLP, Washington, DC, argued for defendants-appellees. Also represented by GABRIEL BELL, JONATHAN D. LINK, ROBERT J. GAJARSA; ARNOLD B. CALMANN, Saiber LLC, Newark, NJ.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, SCHALL, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 15, 2015                          /s/  Daniel  E.  O'Toole
    Date                             Daniel E. O'Toole
                                     Clerk of Court